THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALBERTO LEDEZMA, | CASE NO. C18-1553-JCC |
| Plaintiff, | ORDER |
| v. | |
| JEANNE YOUNGQUIST, *et al.*, | |
| Defendants. | |

The Court, having reviewed Plaintiff's § 1983 civil rights complaint (Dkt. No. 4), the report and recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 25), and the relevant record, hereby ORDERS that:

1. The Court ADOPTS the report and recommendation (Dkt. No. 25).
2. Defendants Jeanne Youngquist, Kenneth Dahlstedt, and Don Marlow's motions to dismiss (Dkt. Nos. 10, 12, 16) are GRANTED. Plaintiff's claims against these individuals are DISMISSED with prejudice.
3. If Plaintiff is able to identify individual Doe defendants and set forth claims against those individuals comporting with the requirements of Judge Theiler's report and recommendation, (*see* Dkt. No. 25 at 2–6), he may file an amended complaint setting forth claims against those individuals. Any amended complaint must be filed within 30 days of the date this order is issued.

4. The Clerk is DIRECTED to send copies of this order to the parties and to the Honorable Mary Alice Theiler.

DATED this 30th day of April 2019.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE