THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALBERTO LEDEZMA,

    Plaintiff,

 v.

JEANNE YOUNGQUIST, *et al.*,

    Defendants.

CASE NO. C18-1553-JCC

MINUTE ORDER

   The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

   This matter comes before the Court *sua sponte*. On April 30, 2019, the Court adopted the report and recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, granted Defendants Jeanne Youngquist, Kenneth Dahlstedt, and Don Marlow's motions to dismiss, and dismissed Plaintiff's claims with prejudice. (Dkt. No. 27 at 1.) The Court granted Plaintiff leave to file an amended complaint setting forth claims against any individual Doe defendants he was able to identify within 30 days of the date the order was issued. (*Id.*) Plaintiff has not filed an amended complaint. Therefore, the Court hereby DISMISSES the case with prejudice. The Clerk is DIRECTED to close the case.

   //

   //

1       DATED this 31st day of May 2019.

                                             <u>William M. McCool</u>
                                             Clerk of Court

                                             <u>s/Tomas Hernandez</u>
                                             Deputy Clerk

MINUTE ORDER
C18-1553-JCC
PAGE - 2